

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2014

No. 04-13-00325-CV

Ruben Guadalupe **GALINDO**,
Appellant

v.

Tanya Sue **GALINDO**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-20303
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Sitting:     Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court